IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMAL WILLIAMS,
    Petitioner,

v.                                                                  Civil Action No. 3:22cv467

UNKNOWN,
    Respondent.

## MEMORANDUM OPINION

The petitioner, a Virginia prisoner proceeding *pro se*, submitted a letter to the Court. (ECF No. 1.) Given the content of this document, the Court found it was appropriate to give the petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008).

By Memorandum Order entered on July 11, 2022, the Court directed the petitioner, within thirty (30) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition if he wished to file a petition for a writ of habeas corpus. (ECF No. 2.) The Court warned the petitioner that the failure to comply with the terms of the July 11 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and the petitioner has not completed and returned the § 2254 form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion

Date: 29 August 2022
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge